UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT GREENLEE,   ) | Case No. CV 06-4551 JSL (CT) |
| ) | |
| Petitioner,   ) | |
| ) | **J U D G M E N T** |
| v.   ) | |
| ) | |
| JEANNE S. WOODFORD, Warden,   ) | |
| ) | |
| Respondent.   ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: September 29, 2008

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE